**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| MARIE TAYLOR, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FPL FOOD LLC,<br><br>*Defendant*. | No. 4:24-cv-00149-RSB-CLR |

**DEFENDANT FPL FOOD LLC'S**
**CORPORATE DISCLOSURE STATEMENT**

The undersigned, counsel of record for FPL Food LLC, certifies that the following is a full and complete list of the parties in this action:

| Name | Identification & Relationship |
|---|---|
| Marie Taylor | Plaintiff in this action. |
| FPL Food LLC | Defendant in this action |

The undersigned further certifies that the following is a full and complete list of officers, directors, or trustees of FPL Food LLC:

| Name | Identification & Relationship |
|---|---|
| Francois Leger | President and CEO, FPL Food LLC |
| Nicole Partridge | Chief Financial Officer, FPL Food LLC |

The undersigned further certifies that the following is a full and complete list of other persons, firms, partnerships, corporations, or organizations that have a financial interest in, or another interest which could be substantially affected by, the outcome of this case (including a relationship as a parent or holding company or any publicly-held corporation that holds 10% or more of a party's stock): None.

Respectfully submitted, this 12th day of September, 2024.

**GREENBERG TRAURIG, LLP**

*/s/ Timothy A. Butler*
Timothy A. Butler
Georgia Bar No. 487967
Tim.Butler@gtlaw.com
Tessa L. Cierny (*admission forthcoming*)
Georgia Bar No. 595027
Tessa.Cierny@gtlaw.com
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Tel: 678-553-2326
Fax: 678-553- 2212

Christopher S. Dodrill (admitted *pro hac vice*)
Texas Bar No. 24110696
Christopher.Dodrill@gtlaw.com
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel: 214-665-3600
Fax: 214-665-3601

*Attorneys for Defendant*
*FPL Food LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | |
|---|---|
| MARIE TAYLOR, on behalf of herself and all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>FPL FOOD LLC,<br><br>*Defendant*. | No. 4:24-cv-00149-RSB-CLR |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this day, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all parties indicated on the electronic filing receipt.

This 12th day of September, 2024.

*/s/ Timothy A. Butler*
Attorney for Defendant